UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| KEVIN K. NESMITH | ) | NO. 08-72084 |
| | ) | |
| Debtor. | ) | JUDGE MANUEL BARBOSA |
| | ) | |

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE MANUEL BARBOSA
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certified that the estate has been fully administered, requested that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

_1-21-09_____                          _____
DATE                                              TRUSTEE

CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated this 5th day of February, 2009.

WILLIAM T. NEARY
United States Trustee

By: _Christine K. Miller_____
Christine K. Miller
Paralegal Specialist

**Bank of America**

```
CUSTOMER CONNECTION                          Account Number    4429751198
BANK OF AMERICA, N.A.                        01 01 148 06 M0000 E#      3
DALLAS, TEXAS   75283-2406                   Last Statement:   NEW ACCOUNT
                                             This Statement:   12/31/2008

                                             Customer Service
                                             1-877-757-8233
       ESTATE OF
       NESMITH, KEVIN K, DEBTOR
       DANIEL M. DONAHUE - TRUSTEE           Page        1 of     2
       08-72084
       C/O GLOBAL GOVERNMENT BANKING         Bankruptcy Case Number:0872084
       ***** TX1-492-08-16 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 00/00/0000 - 12/31/2008    Statement Beginning Balance          .00
Number of Deposits/Credits              1   Amount of Deposits/Credits      4,163.12
Number of Checks                        3   Amount of Checks                4,163.12
Number of Other Debits                  0   Amount of Other Debits               .00
                                            Statement Ending Balance             .00
Number of Enclosures                    3
                                            Service Charge                       .00
```

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/10 | | 4,163.12 | 04428690234->04429751198 | 0992500024? |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 100 | 2,075.00 | 12/16 | 8692691374 | 102 | 2,020.64 | 12/16 | 8892852265 |
| 101 | 67.48 | 12/16 | 8692691375 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 00/00 | .00 | .00 | 12/16 | .00 | .00 |
| 12/10 | 4,163.12 | 4,163.12 | 12/31 | .00 | .00 |

Recycled Paper