**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: KEVIN K. NESMITH                §    Case No. 08-72084
                                       §
                                       §
         Debtors                       §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was converted to chapter 13 on <u>11/17/2008</u>.

2) The plan was confirmed on <u>NA</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on <u>NA.</u>

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA.</u>

5) The case was dismissed on <u>06/26/2009</u>.

6) Number of months from filing or conversion to last payment: <u>5</u>.

7) Number of months case was pending: <u>9</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>$63,653.53</u>.

10) Amount of unsecured claims discharged without full payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 52,253.50 | |
| Less amount refunded to debtor | $ 44,319.78 | |
| **NET RECEIPTS** | | $ 7,933.72 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 578.89 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 578.89 |
| Attorney fees paid and disclosed by debtor: | $ 2,500.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| A LAW OFFICE OF CROSBY & | Lgl | 2,500.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CARD SERVICE | Uns | 63,982.00 | NA | NA | 0.00 | 0.00 |
| BRYDEN MOTORS | Sec | 40,976.97 | 40,976.97 | 40,976.97 | 7,354.83 | 0.00 |
| CHRYSLER CREDIT | Uns | 26,244.44 | NA | NA | 0.00 | 0.00 |
| CHRYSLER CREDIT | Uns | 8,217.64 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC. | Uns | 146,844.45 | NA | NA | 0.00 | 0.00 |
| MEMBERS ALLIANCE CR UN | Uns | 6,311.00 | 6,880.21 | 6,880.21 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 4,000.00 | 18,674.74 | 18,674.74 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 2,066.15 | 2,066.15 | 0.00 | 0.00 |
| IRS | Pri | 5,000.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST GLENOAKS HOSPITAL | Uns | 337.58 | NA | NA | 0.00 | 0.00 |
| ADVOCATE ILLINOIS MASONIC | Uns | 842.12 | NA | NA | 0.00 | 0.00 |
| AIG FEDERAL SAVINGS | Uns | 716.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE INC. | Uns | 3,363.00 | NA | NA | 0.00 | 0.00 |
| ALPINE SOFTENER CORPORATION | Uns | 42.00 | NA | NA | 0.00 | 0.00 |
| AT&T UNIVERSAL / CITIBANK | Uns | 1,440.00 | NA | NA | 0.00 | 0.00 |
| BASS & ASSOCIATES | Uns | 897.20 | NA | NA | 0.00 | 0.00 |
| CAPITAL 1 BK | Uns | 5,094.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHARTER | Uns | 1,529.57 | 0.00 | 0.00 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 18,604.00 | 18,699.89 | 18,699.89 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 13,314.00 | 13,763.50 | 13,763.50 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 292.00 | 321.90 | 321.90 | 0.00 | 0.00 |
| CITI | Uns | 8,712.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Uns | 14,837.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Uns | 5,509.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA / SEARS | Uns | 4,637.00 | NA | NA | 0.00 | 0.00 |
| COUNTRY MUTUAL INSURANCE | Uns | 491.69 | NA | NA | 0.00 | 0.00 |
| DENISE NESMITH | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FIN | Uns | 2,456.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES aka BANK OF | Uns | 7,278.00 | 7,332.28 | 7,332.28 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 11,794.00 | NA | NA | 0.00 | 0.00 |
| ISL / IA ST LN | Uns | 337.00 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF MARIO J. TARARA, | Uns | 6,761.25 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 874.00 | NA | NA | 0.00 | 0.00 |
| MEMBERS ALLIANCE CREDIT | Uns | 355.00 | NA | NA | 0.00 | 0.00 |
| NORTHPOINTE WELLNESS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCK ENERGY CORP | Uns | 1,780.48 | 1,780.48 | 1,780.48 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 889.00 | 874.56 | 874.56 | 0.00 | 0.00 |
| SIMMONS 1ST NATIONAL | Uns | 5,930.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND AMB SERV | Uns | 397.60 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND AMB SERV | Uns | 348.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 2,865.00 | 2,911.51 | 2,911.51 | 0.00 | 0.00 |
| THE RIGHT ONE | Uns | 4,595.00 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Uns | 1,044.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY JASON ROCK | Uns | 25,001.00 | 27,395.26 | 27,395.26 | 0.00 | 0.00 |
| THE GARDENS ON PRAIRIE ROSE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHPOINTE WELLNESS | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| BRYDEN MOTORS | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| BRYDEN MOTORS | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| WALCOTT / LTM | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| THE RIGHT ONE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK MINI STORAGE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DENISE NESMITH | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHARTER | Uns | 0.00 | 341.06 | 341.06 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 321.90 | 321.90 | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

                        **Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 40,976.97 | $ 7,354.83 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 40,976.97 | $ 7,354.83 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 18,674.74 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 18,674.74 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 82,688.70 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 578.89 | |
| Disbursements to Creditors | $ 7,354.83 | |
| **TOTAL DISBURSEMENTS:** | | $ 7,933.72 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  08/20/2009              By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)